

Case No. 1:26-cv-01385-SKC-STV    Document 1-2    filed 04/01/26    USDC Colorado

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

## UNITED STATES POSTAL SERVICE.

**P** | **PRIORITY MAIL®** | Retail

**US POSTAGE PAID**
**$11.95**

Origin: 80544
03/31/26
0765700294-09

EXPECTED DELIVERY DAY: 04/02/26

RDC 03

0 Lb 8.70 Oz

C044

SHIP
TO:
901 19TH ST
DENVER CO 80294-2500

**USPS TRACKING® #**

9505 5125 0166 8090 5642 18

PS00U0T0000T4        OD: 12 1/2 x 9 1/2

**TRAC**

**FLAT**
ONE RATE

- ■ Expected
- ■ Domestic
- ■ USPS Trac
- ■ Limited int
- ■ When use

*Insurance does
Domestic Mail
** See Internatic

FROM:

Shawn Brooks
636 Barberry Drive
Longmont, CO 80503

TO:

U.S. District Court
Abigail A. Arias, Courthouse
901 19th Street, Room A105
Denver, CO 80294

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14BC © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.