IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01385-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

JASON BROOKS,

     Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

     Defendants.

---

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

---

Plaintiff Jason Brooks lives in Longmont, Colorado. On April 1, 2026, Plaintiff filed *pro se* a Verified Complaint and Demand for Jury Trial and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). (ECF Nos. 1, 2).[1] Plaintiff will be granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 solely based on inability to prepay fees or give security therefor.

Accordingly, it is

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is **granted**. It is

FURTHER ORDERED that the court review Plaintiff's pleading pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED April 1, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge