IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01385-SKC-STV

JASON T BROOKS,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC.

Defendants.

---

CERTIFICATE OF SERVICE

---

I certify that I have mailed a copy of this Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process on NISSAN NORTH AMERICA, INC.: Verified COMPLAINT FILED 04/01/2026, MJ CONSENT FORM and SUMMONS on 04/06/2026.

Jason T. Brooks
636 Barberry Drive
Longmont, CO 80503

US Marshals Service
Service Clerk
Service forms for: NISSAN NORTH AMERICA, INC.

s/ J. Roberts
*Deputy Clerk*