**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02610-SKC-STV

JASON BROOKS

Plaintiff(s),

v.

NISSAN NORTH AMERICA, INC,

Defendants.

---

**PLAINTIFF'S MOTION TO CORRECT SERVICE OF PROCESS AND FOR ISSUANCE OF CORRECTED USM-285**

---

Plaintiff Jason T. Brooks, proceeding pro se, respectfully moves this Court to correct the Form USM-285 filed as ECF No. 11. As issued, the USM-285 directs the United States Marshals Service to serve Defendant at its corporate headquarters in Franklin, Tennessee, rather than through its designated registered agent in Colorado. Plaintiff submits a corrected USM-285 as Exhibit A and requests that the Court direct the Marshals to serve process at the correct address before executing service on the erroneous one.

## I. THE CORRECT SERVICE ADDRESS APPEARS IN THE COMPLAINT

The Verified Complaint filed as ECF No. 1 expressly identified Defendant's registered agent for service of process in Colorado. The Complaint states:

> *"Defendant Nissan North America, Inc. ('Nissan') is a corporation incorporated under the laws of the State of Delaware, with its principal*

> *place of business at One Nissan Way, Franklin, Tennessee 37067. Nissan is registered to do business in the State of Colorado and may be served through its registered agent, Corporation Service Company, located at 1900 W. Littleton Blvd., Littleton, Colorado 80120."*

ECF No. 1 at 2. The USM-285 filed as ECF No. 11, however, directed service to One Nissan Way, Franklin, TN 37067 — Defendant's principal place of business listed earlier in the same paragraph — rather than the registered agent address set forth immediately below it. This appears to be a reasonable ministerial oversight in preparing the USM-285, not a defect in the Complaint itself.

Plaintiff verified the registered agent information through the Colorado Secretary of State's online business database, which confirms that Corporation Service Company, 1900 W. Littleton Blvd., Littleton, CO 80120, remains Defendant's active registered agent as of the date of this filing. See Colo. SOS, Entity ID No. 19871034144 (Good Standing).

## **II. THE ERROR MUST BE CORRECTED BEFORE SERVICE IS EXECUTED**

Service at a corporation's principal place of business rather than its registered agent is subject to challenge under Fed. R. Civ. P. 12(b)(5). See Fed. R. Civ. P. 4(h)(1)(B) (requiring service upon "an agent authorized by appointment or by law to receive service of process"). Corporation Service Company is exactly such an agent under Colo. Rev. Stat. § 7-90-701. Service at the Tennessee address would also require out-of-district coordination by the Marshals, causing unnecessary delay and potential non-execution within the 90-day window under Rule 4(m). Correcting the USM-285 now resolves all of these concerns at no prejudice to anyone — service has not yet been executed.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court: (1) direct the Clerk to substitute the corrected Form USM-285 attached hereto as Exhibit A in place of ECF No. 11; and (2) direct the United States Marshals Service to serve Defendant Nissan North America, Inc. through its Colorado registered agent, Corporation Service Company, 1900 W. Littleton Blvd., Littleton, CO 80120.

Respectfully submitted on this 6th day of April 2026.

s/ Jason Brooks_________________
***Jason Brooks***
636 Barberry Drive
Longmont, CO 80503
Telephone: (925) 366-0803
E-mail: geniusjasonbrooks@gmail.com
Plaintiff, *pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2026, a true and accurate copy of the foregoing **PLAINTIFF'S MOTION TO CORRECT SERVICE OF PROCESS AND FOR ISSUANCE OF CORRECTED USM-285** was served upon all parties herein by electronic mail.

s/ Jason Brooks________________

***Jason Brooks***
636 Barberry Drive
Longmont, CO 80503
Telephone: (925) 366-0803
E-mail: geniusjasonbrooks@gmail.com
Plaintiff, *pro se*