Case No. 1:26-cv-01385-SKC-STV    Document 11-1    filed 04/06/26    USDC Colorado
pg 1 of 1

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2026 APR 15 AM 11: 02

JEFFREY P. COLWELL
CLERK

BY ____ DEP. CLERK

| PLAINTIFF<br>JASON T. BROOKS | COURT CASE NUMBER<br>26-cv-01385-SKC-STV |
|---|---|
| DEFENDANT<br>NISSAN NORTH AMERICA, INC. | TYPE OF PROCESS<br>S/C |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>NISSAN NORTH AMERICA, INC. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>One Nissan Way Franklin, TN 37067 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jason T Brooks<br>636 Barberry Drive<br>Longmont, CO 80503 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

## PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of:<br>s/ J. Roberts, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>04/06/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. B13 | District to Serve<br>No. O75 | Signature of Authorized USMS Deputy or Clerk<br>McNiel | Date<br>4/8/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Glenda Sheppard registered agent for CSL | Date<br>04/10/2026 | Time<br>3:20 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above)<br>2908 Poston Ave<br>Nashville, TN 37203-1312 | Signature of U.S. Marshal or Deputy<br>Peter Gilhriet | | |

| Service Fee<br>$ 65 | Total Mileage Charges (including endeavors)<br>$ 1.00 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$ 66.67 |
|---|---|---|---|---|---|

REMARKS  4/8/26 - Rcv'd by O75 for service - IFP

04/10/2026 - 1hr - 2.3 miles  (615)606-4532 for Corporation service company

1:2026-CV-01385

Capture ✓

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-01385-SKC-STV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nissan North America Inc.

was received by me on *(date)*  04/10/2026  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Glenda Sheppard _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  Nissan

North America _____ on *(date)* 04/10/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 04/10/2026

*Peter Gilchrist*
Server's signature

Peter Gilchrist  DUSM
Printed name and title

719 Church St, Suite 2500, Nashville TN
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JASON T BROOKS<br><br><br><br>*Plaintiff(s)*<br><br><br><br><br><br>NISSAN NORTH AMERICA, INC.,<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.   26-cv-01385-SKC-STV<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        NISSAN NORTH AMERICA, INC.,


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jason T. Brooks
        636 Barberry Drive
        Longmont, CO 80503


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        04/06/2026

s/ J. Roberts
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**