# EXHIBIT A

Dashboard Photograph — January 26, 2025 — 100% Charge, 139 Miles, 23°F

Brooks v. Nissan North America, Inc.

Case No. 26-cv-01385-SKC-STV


10:41
100%
139 mi
Back
Reset
Exit
ALL Items
Avg Energy Economy
Average Speed
Driving distance
Driving Time
READY
Manual Reset1
00:04
0.0
mi
STANDARD
20
40
60
80
100
P
23
0
4992 miles
20
40
60
80
100
120
140
0
km/h