**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01385-SKC-STV

JASON T. BROOKS,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,

Defendant.

---

## NOTIC OF ENTRY OF APPEARANCE OF RUSSELL KALVELAGE

---

Russell Kalvelage, Esq. of the law office of O'HAGAN MEYER PLLC, hereby enters his appearance on behalf of Nissan North America, Inc. in the above matter.

Respectfully submitted this 22nd day of June, 2026.

Respectfully submitted,

By: *s/ Russell Kalvelage*

Russell Kalvelage
O'HAGAN MEYER PLLC
1331 17th Street, Suite 350
Denver, Colorado 80202
T: 303.652.5882
rkalvelage@ohaganmeyer.com
***Attorney for Defendant Nissan North America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2026, a true and correct copy of this **NOTICE OF ENTRY OF APPEARANCE OF RUSSELL KALVELAGE** was filed via the Court's CM/ECF system and served via E-Mail to the following:

***Jason Brooks***
636 Barberry Drive
Longmont, CO 80503
Telephone: (925) 366-0803
E-mail: geniusjasonbrooks@gmail.com
Plaintiff, *pro se*

*/s/ Russell Kalvelage*