**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01385-SKC-STV

JASON BROOKS

Plaintiff(s),

v.

NISSAN NORTH AMERICA, INC,

Defendants.

---

## NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT

---

Plaintiff Jason Brooks, *pro se*, respectfully submits this Notice of Errata to correct a factual error in Plaintiff's Opposition to Defendant's Motion to Set Aside Default [ECF 20], filed June 23, 2026.

Section III.C.6. of ECF 20 references "Count VIII — FCRA § 1681s-2(b)" as an unaddressed count in Plaintiff's Verified Complaint [ECF No. 1]. That reference was made in error. The Verified Complaint contains seven counts; no standalone FCRA count was pled. The reference to Count VIII in Section III.C.6, ECF No. 20 at 20–21, and in the Conclusion, ECF No. 20 at 22, should be disregarded.

A standalone count under 15 U.S.C. § 1681s-2(b) will be added in the First Amended Complaint Plaintiff will file pursuant to Fed. R. Civ. P. 15(a) in the event this Court grants Defendant's Motion to Set Aside Default [ECF No. 19]. Plaintiff

accidentally exported the wrong document into his case files for upload, which also had a formatting error with the certificate of service that came from another draft document. Plaintiff apologizes to the Court and Defendants for any confusion caused by this error.

Respectfully submitted on this 23rd day of June 2026.


s/Jason T. Brooks_______________
Jason T. Brooks
636 Barberry Drive
Longmont, CO 80503
(925) 366-0803
geniusjasonbrooks@gmail.com
*Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2026, a true and accurate copy of the foregoing **NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT** was served on all parties via the Court's CM/ECF system.

s/ Jason Brooks________________
***Jason Brooks***
636 Barberry Drive
Longmont, CO 80503
Telephone: (925) 366-0803
E-mail: geniusjasonbrooks@gmail.com
Plaintiff, *pro se*