**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01385-SKC-STV

JASON T. BROOKS

Plaintiff(s),

v.

NISSAN NORTH AMERICA, INC.

Defendant.

---

**DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO WITHDRAW & STRIKE ITS MOTION TO SET ASIDE DEFAULT [DOCKETS 19, 19-1 and 22]**

---

Defendant Nissan North America, Inc. ("Nissan"), by and through undersigned counsel, O'Hagan Meyer PLLC, respectfully moves this Court pursuant to the Court's inherent authority to manage its docket to withdraw and strike its previously filed Motion to Set Aside Default, and all attendant documents, including ECF Docket numbers 19, 19-1, and 22.

Nissan no longer desires to pursue the Motion, and therefore, seeks to strike and withdraw its Motion to Set Aside Default, the supporting affidavit, and its Reply. The Court has not yet ruled on the Motion to Set Aside Default, and striking and withdrawing it at this stage will not disrupt any prior rulings and will restore the status quo of the docket prior to filing of said Motion[1].

[1] Nissan intends to confer with Plaintiff and by separate motion seek leave to file response to Plaintiff's Motion for Entry Default Judgment [Docket 16], and a settlement conference.

Accordingly, Nissan respectfully requests that this Court enter an order: granting Nissan's Motion to Withdraw and Strike its Motion to Set Aside Default Pursuant to Fed. R. Civ. P. 55(c) (ECF No. 19), Affidavit of Kimberly Ross (ECF No. 19-1), and Reply in Support of Motion to Set Aside Default Pursuant to Fed. R. Civ. P. 55(c) (ECF No. 22).

Respectfully submitted this 14th day of August, 2026.

By: */s/ Russell Kalvelage*______________
Russell S. Kalvelage
O'Hagan Meyer
1331 17th St., Suite 350
Denver, CO 80202
Telephone: (303) 652-5871
rkalvelage@ohaganmeyer.com
***Attorneys for Nissan North America, Inc.***

**Generative AI Certification**: In accordance with Section C.2. of Judge Crews's Standing Order for Civil Cases, the attorney that drafted this motion certifies that any language drafted by AI was personally reviewed by the filer or another human for accuracy, and all legal citations are to actual, non-fictitious cases or cited authority.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2026, a true and correct copy of this **DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO WITHDRAW & STRIKE ITS MOTION TO SET ASIDE DEFAULT [DOCKETS 19, 19-1 and 22]** was filed via the Court's CM/ECF system and served via E-Mail to the following:

***Jason Brooks***
636 Barberry Drive
Longmont, CO 80503
Telephone: (925) 366-0803
E-mail: geniusjasonbrooks@gmail.com
Plaintiff, *pro se*

*/s/ Ramona Raub*