IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01385-SKC-STV

JASON T. BROOKS, Plaintiff v. NISSAN NORTH AMERICA, INC., Defendant.

---

# EXHIBIT A

## CAPITAL ONE AUTO FINANCE — LIEN AND TITLE INFORMATION

*Account No. 6201072009980*

*Borrower: Jason Brooks*

*2015 Honda CR-V — VIN 2HKRM3H50FH530087*

*Financed Date: May 20, 2026 — Payoff Date: June 2, 2032*

*Documenting Subprime Auto Financing Forced by Fraudulent Charge-Off*
*Suppressing Plaintiff's VantageScore to 593*

---

Exhibit to Plaintiff's Supplemental Brief in Support of Motion for Entry of Default Judgment [ECF No. 27]

# Capital One Auto Finance

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | 6201072009980 | **Financed Date** | 05/20/2026 |
| **Loan Number** | 2009980 | **Perfected Date** | 06/08/2026 |
| **Branch** | 107 | **Payoff Date** | 06/02/2032 |
| **Borrower 1** | JASON BROOKS | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | 636 BARBERRY DR<br>LONGMONT CO 80503-7517 | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | E72021064000 |
| **Lienholder** | CAPITAL ONE AUTO FINANCE |
| **Lienholder Address** | PO Box 269008<br>PLANO TX 75026 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 2HKRM3H50FH530087 | **Issuance Date** | 06/08/2026 |
| **Title Number** | 15892338 | **Received Date** | 06/08/2026 |
| **Title State** | CO | **ELT/Paper** | ELECTRONIC |
| **Year** | 15 | **Odometer Reading** | 77448 |
| **Make** | HONDA | **Branding** | |
| **Model** | CR-V | | |
| **Owner 1** | BROOKS, JASON TREVOR | | |
| **Owner 2** | | | |
| **Owner Address** | 636 BARBERRY DR<br>LONGMONT CO 80503 | | |

**Printed:** JUNE 09, 2026 06:15:35 AM

Copy