IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01385-SKC-STV

JASON T. BROOKS, Plaintiff v. NISSAN NORTH AMERICA, INC., Defendant.

# EXHIBIT B

## CAPITAL ONE AUTO FINANCE — ACCOUNT DETAILS

*Account No. 6201072009980*

*Original Loan Amount: $18,462.00*

*Loan Term: 72 Months — Original APR: 17.85% — Monthly Payment: $422.22*

*Open Date: May 20, 2026 — Maturity Date: June 2, 2032*

*At Prime Rate (6-8%), Monthly Payment Would Have Been Approximately $280-$310*

*Excess Interest Over 72 Months: $8,064 to $10,224*

*Caused Directly by Fraudulent Charge-Off on Legally Terminated Lease Account*

# Account details

## Loan Details

| | |
|---|---|
| Account Number | 6201072009980 |
| Original Loan Amount | $18,462.00 |
| Open Date | May 20, 2026 |
| Loan Term | 72 Month |
| Maturity Date | June 2, 2032 |
| Application ID | 323601355 |
| Original APR | 17.85% |
| Current APR | 17.85% |
| Borrower Name | JASON BROOKS |

## Balance & Payments Details

| | |
|---|---|
| Monthly Payment | $422.22 |
| Due Date | 2nd of the month |
| Late Fee Grace Period | 10 days after due date |
| 10-Day Payoff Quote | $18,490.42 |