IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
Civil Action No. 1:26-cv-01385-SKC-STV
JASON T. BROOKS, Plaintiff v. NISSAN NORTH AMERICA, INC., Defendant.

# EXHIBIT C

## NOTICE OF INTENT TO DISPOSE OF REPOSSESSED MOTOR VEHICLE

*NISSAN-INFINITI LT LLC*
*Date of Notice: July 16, 2025 — Date of Repossession: July 12, 2025*
*Account No. 2501 1342 049 — 2024 Nissan Ariya AWD — VIN: JN1CF0BB2RM740913*

*Total Amount to Redeem: $30,908.03*
*"Voluntary Surrender" Box Checked Despite Repossession Date of July 12, 2025*
*Lease Legally Terminated May 1, 2025 — No Balance Legally Owed After That Date*

Exhibit to Plaintiff's Supplemental Brief in Support of Motion for Entry of Default Judgment [ECF No. 27]

**NISSAN-INFINITI LT LLC**
P.O. Box 660680
Dallas Texas 75266-0680
800.888.2799

SENT VIA USPS FIRST CLASS MAIL

| DATE OF NOTICE | DATE OF REPOSSESSION |
|---|---|
| 07/16/2025 | 07/12/2025 |

| | |
|---|---|
| Account Number: | 2501 1342 049 |
| Date of Contract: | 11/04/2024 |
| Vehicle Year/Make/Model: | 2024 NISSAN ARIYA AWD |
| VIN: | JN1CF0BB2RM740913 |

**NOTICE:** **THIS NOTICE IS BEING SENT TO S ATISFY STATE LAW. BANKRUPTCY CUSTOMERS – PLEASE REFER TO THE BANKRUPTCY STATEMENT AT THE END OF THIS NOTICE.**

Lessee:
JASON T BROOKS
636 BARBERRY DR
LONGMONT CO 80503-7517

Co-Lessee and/or Guarantor:

## NOTICE OF INTENT TO DISPOSE OF REPOSSESSED OR SURRENDERED MOTOR VEHICLE

[ ] We have repossessed your vehicle. [X] You have voluntarily turned in your vehicle to us.

YOU ARE IN DEFAULT UNDER YOUR LEASE AS FOLLOWS:

[X] You have failed to make rental payments. [ ] You have failed to obtain/maintain required insurance.

[ ] Your vehicle has been seized/impounded by law enforcement. [ ] Other:

**HOW TO GET YOUR VEHICLE BACK:**

[X] You or any other person liable on the lease may **REDEEM** the vehicle by paying us the total amount shown under **TO REDEEM**, before the vehicle is sold or contracted to be sold. We will sell the vehicle at a private sale sometime after July 26, 2025.

**TO REDEEM**

**TO REDEEM** your vehicle you must pay the amount shown below to NISSAN-INFINITI LT LLC at its address shown above:

| | | | |
|---|---|---|---|
| Unpaid Adjusted Lease Balance | $29,202.05 | Less: Security Deposit | 0.00 |
| Unpaid past due rental payments* | 1,255.98 | | |
| Unpaid property tax | 0.00 | | |
| Late charges and collection fees | 0.00 | | |
| Estimated expenses of retaking the vehicle | 450.00 | | |
| Expenses of repairing the vehicle | 0.00 | **TOTAL AMOUNT REQUIRED TO** | |
| Other (Specify) | 0.00 | **REDEEM THE VEHICLE AS OF** | |
| | | **THE DATE OF THIS NOTICE+** | **$30,908.03** |
| | | (Plus any official fees and taxes imposed in connection with | |
| SUB TOTAL | $30,908.03 | lease termination and any unpaid fines) | |

*This amount may include taxes due on Return Check Charges assessed against your account, if any. If this amount reflects a zero ($0.00) or negative balance, it may indicate that you have already brought your account current or are in default under your lease for another reason, as indicated above.

+If you **REDEEM** the vehicle after July 26, 2025 and before the vehicle is sold, you may be charged the cost of transporting the vehicle if it has been removed from your area. Call us to learn more about this possible expense.

In the event you wish to **REDEEM** your vehicle, contact NISSAN-INFINITI LT LLC at the address and telephone number shown above to learn where your vehicle is stored.

**LEASE TERMINATION LIABILITY:** In the event you do not **REDEEM** your vehicle, the **REALIZED VALUE** of the vehicle will be established in accordance with the terms of your lease. In the event the vehicle's **REALIZED VALUE** is insufficient to cover your **ADJUSTED LEASE BALANCE**, plus the costs of repossession and any other amounts owed, you will owe the difference to us.

**SEE NEXT PAGE FOR IMPORTANT INFORMATION**

**NOTE:** If you **REDEEM** the vehicle, you may be responsible for paying sales tax to the Department of Motor Vehicles as a part of your title transfer transaction.

For an electric vehicle, unless your lease is reinstated, we hereby abandon any interest we have in any charging accessories which may have been included in the lease financing.

**INSURANCE RIGHTS:** If you do not want to get your vehicle back, call the insurance company or the dealer to ensure that any insurance has been canceled. You have a right to get credit for all premium refunds.

If you have any questions or wish to make payment of any amount shown, please contact NISSAN-INFINITI LT LLC at the address and telephone number which appear on the front of this Notice.

**SPECIAL NOTICE: IF YOU HAVE ALREADY REDEEMED THE VEHICLE OR, IF ENTITLED, REINSTATED YOUR CONTRACT, THIS NOTICE IS BEING SENT TO YOU TO CONFORM TO STATE STATUTES.**

**NOTICE: YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE ADJUSTED LEASE BALANCE AND OTHER AMOUNTS DUE.**

**IMPORTANT NOTICE FOR BANKRUPT CUSTOMERS:** IF YOUR OBLIGATION TO PAY ANY DEBT LISTED IN THIS NOTICE HAS BEEN DISCHARGED IN BANKRUPTCY, OR IS PRESENTLY THE SUBJECT OF A BANKRUPTCY COURT PROCEEDING, BANKRUPTCY COURT-APPROVED PLAN OR BANKRUPTCY COURT ORDER, WE ARE NOT, THROUGH THIS DOCUMENT, ATTEMPTING TO COLLECT ANY AMOUNTS FROM YOU AS A PERSONAL LIABILITY, AND WILL ONLY PURSUE ANY RIGHTS WE MAY HAVE IN THE BANKRUPTCY COURTS TO THE EXTENT ALLOWED BY LAW.

**We are attempting to collect a debt and any information obtained will be used for that purpose.**

**NISSAN-INFINITI LT LLC**
For leases owned by Nissan-Infiniti LT LLC, Nissan Motor Acceptance Company LLC acts as servicer.